AO 450 (Rev. 5/85) Judgment in a Civil Case
=====================================================================

# UNITED STATES DISTRICT COURT

      WESTERN      DISTRICT OF  NEW YORK

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,
                Plaintiff(s),

                                          **JUDGMENT IN A CIVIL CASE**
        V.

EVERDRY MARKETING AND
MANAGEMENT, INC.,
EVERDRY MANAGEMENT SERVICES,
INC., a/k/a EVERDRY WATERPROOFING
and EVERDRY OF ROCHESTER,

                Defendant(s).
                                                    CASE NUMBER: 01-CV-6329

**X**      **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

        **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED that judgment is granted in favor of the plaintiff EEOC** and it is directed that

      As to claimant Stephanie DiStasio, defendants EMM and EMS are jointly and severally liable for actual damages for lost wages (relating to Constructive Discharge) in the amount of $1,000 and actual damages (relating to Emotional Distress and Mental Anguish) in the amount of $31,500, and defendant EMM is liable for punitive damages in the amount of $16,000, and defendant EMS is liable for punitive damages in the amount of $4,000; and it is further directed that

      As to claimant Lorraine Backus, defendants EMM and EMS are jointly and severally liable for actual damages in the amount of $50,000, and defendant EMM is liable for punitive damages in the amount of $16,000, and defendant EMS is liable for punitive damages in the amount of $4,000; and it is further directed that

      As to claimant Jessica Buckner, defendants EMM and EMS are jointly and severally liable for actual damages in the amount of $29,250, and defendant EMM is liable for punitive damages in the amount of $16,000, and defendant EMS is liable for punitive damages in the amount of $4,000; and it is further directed that

As to claimant Melanie Buckner, defendants EMM and EMS are jointly and severally liable for actual damages in the amount of $22,500, and defendant EMM is liable for punitive damages in the amount of $16,000, and defendant EMS is liable for punitive damages in the amount of $4,000; and it is further directed that

As to claimant Catherine Clauss, defendants EMM and EMS are jointly and severally liable for actual damages in the amount of $9,000, and defendant EMM is liable for punitive damages in the amount of $16,000, and defendant EMS is liable for punitive damages in the amount of $4,000; and it is further directed that

As to claimant Lill Cocilova, defendants EMM and EMS are jointly and severally liable for actual damages in the amount of $22,500, and defendant EMM is liable for punitive damages in the amount of $16,000, and defendant EMS is liable for punitive damages in the amount of $4,000; and it is further directed that

As to claimant Danielle Doty, defendants EMM and EMS are jointly and severally liable for actual damages in the amount of $22,500, and defendant EMM is liable for punitive damages in the amount of $16,000, and defendant EMS is liable for punitive damages in the amount of $4,000; and it is further directed that

As to claimant Nancy Hoffmeier, defendants EMM and EMS are jointly and severally liable for actual damages in the amount of $18,000, and defendant EMM is liable for punitive damages in the amount of $16,000, and defendant EMS is liable for punitive damages in the amount of $4,000; and it is further directed that

As to claimant Ashley Houghton, defendants EMM and EMS are jointly and severally liable for actual damages in the amount of $9,000, and defendant EMM is liable for punitive damages in the amount of $16,000, and defendant EMS is liable for punitive damages in the amount of $4,000; and it is further directed that

As to claimant Kyley O'Brien, defendants EMM and EMS are jointly and severally liable for actual damages in the amount of $4,500, and defendant EMM is liable for punitive damages in the amount of $16,000, and defendant EMS is liable for punitive damages in the amount of $4,000; and it is further directed that

As to claimant Meghann Powell, defendants EMM and EMS are jointly and severally liable for actual damages in the amount of $4,500, and defendant EMM is liable for punitive damages in the amount of $16,000, and defendant EMS is liable for punitive damages in the amount of $4,000; and it is further directed that

As to claimant Anna Stevenson, defendants EMM and EMS are jointly and severally liable for actual damages in the amount of $59,500, and defendant EMM is liable for punitive damages in the amount of $16,000, and defendant EMS is liable for punitive damages in the amount of $4,000; and it is further directed that

As to claimant Jennifer Zazzaro, defendants EMM and EMS are jointly and severally liable for actual damages in the amount of $31,500, and defendant EMM is liable for punitive damages in the amount of $16,000, and defendant EMS is liable for punitive damages in the amount of $4,000; and it is further directed that

**The Complaint is DISMISSED**.

| | |
|---|---|
| November 7, 2006 | RODNEY C. EARLY |
| Date | Clerk |
| | |
| | S/Bryan J. Blough |
| | (By) Bryan J. Blough |
| | Deputy Clerk |