# United States District Court

WESTERN DISTRICT OF NEW YORK

## AMENDED JUDGMENT IN A CIVIL CASE
CASE NUMBER: 6:01-CV-6329

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,                **Plaintiff**

v.

EVERDRY MARKETING AND MANAGEMENT, INC.,
EVERDRY MANAGEMENT SERVICES, INC., a/k/a
EVERDRY WATERPROOFING, and
EVERDRY OF ROCHESTER,        **Defendants**.

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that judgment is granted in favor of the plaintiff** EEOC and it is directed that

       As to claimant Stephanie DiStasio, defendants EMM and EMS are jointly and severally liable for actual and nominal damages for lost wages (relating to Constructive Discharge) in the amount of $1,000.00 and actual and nominal damages (relating to Emotional Distress and Mental Anguish) in the amount of $30,000.00, and defendant EMM is liable for punitive damages in the amount of $16,000.00, and defendant EMS is liable for punitive damages in the amount of $4,000.00; and it is further directed that in accordance with the Court's June 3, 2008 Order and the parties' June 23, 2008 Stipulation, pre-judgment interest in the amount of $346.00 shall be applied on Stephanie DiStasio's back pay award; and it is further directed that

       As to claimant Lorraine Backus, defendants EMM and EMS are jointly and severally liable for actual or nominal damages in the amount of $30,000.00, and defendant EMM is liable for punitive damages in the amount of $16,000.00, and defendant EMS is liable for punitive damages in the amount of $4,000.00; and it is further directed that

       As to claimant Jessica Buckner, defendants EMM and EMS are jointly and severally liable for actual or nominal damages in the amount of $29,250.00, and defendant EMM is liable for punitive damages in the amount of $16,000.00, and defendant EMS is liable for punitive damages in the amount of $4,000.00; and it is further directed that

As to claimant Melanie Buckner, defendants EMM and EMS are jointly and severally liable for actual or nominal damages in the amount of $22,500.00, and defendant EMM is liable for punitive damages in the amount of $16,000.00, and defendant EMS is liable for punitive damages in the amount of $4,000.00; and it is further directed that

As to claimant Catherine Clauss, defendants EMM and EMS are jointly and severally liable for actual or nominal damages in the amount of $9,000.00, and defendant EMM is liable for punitive damages in the amount of $16,000.00, and defendant EMS is liable for punitive damages in the amount of $4,000.00; and it is further directed that

As to claimant Lill Cocilova, defendants EMM and EMS are jointly and severally liable for actual or nominal damages in the amount of $22,500.00, and defendant EMM is liable for punitive damages in the amount of $16,000.00, and defendant EMS is liable for punitive damages in the amount of $4,000.00; and it is further directed that

As to claimant Danielle Doty, defendants EMM and EMS are jointly and severally liable for actual or nominal damages in the amount of $22,500.00, and defendant EMM is liable for punitive damages in the amount of $16,000.00, and defendant EMS is liable for punitive damages in the amount of $4,000.00; and it is further directed that

As to claimant Nancy Hoffmeier, defendants EMM and EMS are jointly and severally liable for actual or nominal damages in the amount of $18,000.00, and defendant EMM is liable for punitive damages in the amount of $16,000.00, and defendant EMS is liable for punitive damages in the amount of $4,000.00; and it is further directed that

As to claimant Ashley Houghton, defendants EMM and EMS are jointly and severally liable for actual or nominal damages in the amount of $9,000.00, and defendant EMM is liable for punitive damages in the amount of $16,000.00, and defendant EMS is liable for punitive damages in the amount of $4,000.00; and it is further directed that

As to claimant Kyley O'Brien, defendants EMM and EMS are jointly and severally liable for actual or nominal damages in the amount of $4,500.00, and defendant EMM is liable for punitive damages in the amount of $16,000.00, and defendant EMS is liable for punitive damages in the amount of $4,000.00; and it is further directed that

As to claimant Meghann Powell, defendants EMM and EMS are jointly and severally liable for actual or nominal damages in the amount of $4,500.00, and defendant EMM is liable for punitive damages in the amount of $16,000.00, and defendant EMS is liable for punitive damages in the amount of $4,000.00; and it is further directed that

As to claimant Anna Stevenson, defendants EMM and EMS are jointly and severally liable for actual or nominal damages in the amount of $30,000.00, and defendant EMM is liable for punitive damages in the amount of $16,000.00, and defendant EMS is liable for punitive damages in the amount of $4,000.00; and it is further directed that

As to claimant Jennifer Zazzaro, defendants EMM and EMS are jointly and severally liable for actual or nominal damages in the amount of $30,000.00, and defendant EMM is liable for punitive damages in the amount of $16,000.00, and defendant EMS is liable for punitive damages in the amount of $4,000.00.

Date: July 2, 2008

<u>RODNEY C. EARLY</u>
CLERK of the COURT

<u>s/Rosemarie M. Eby</u>
By: ROSEMARIE M. EBY
Deputy Clerk